BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 2:10-MJ-347 DAD |
| Plaintiff, | MOTION TO DISMISS COMPLAINT AND [PROPOSED] ORDER |
| v. | |
| JACINTO JOSE VALDOVINO, | |
| Defendant. | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:10-MJ-347 DAD, against defendant JACINTO JOSE VALDOVINO.

DATED: 06/12/2012

BENJAMIN WAGNER
UNITED STATES ATTORNEY

By  /s/Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

1

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    MAG. NO.  2:10-MJ-347 DAD
                                 )
12                               )         DAD
                    Plaintiff,   )    [PROPOSED] ORDER
13       v.                      )
                                 )
14  JACINTO JOSE VALDOVINO,      )
                                 )
15                               )
                    Defendant.   )
16  _____)
17
18                               ORDER
19
       The United States' motion to dismiss without prejudice the
20
    underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in
21
    the above referenced case, MAG No 2:10-MJ-347 GGH against defendant
22
    JACINTO JOSE VALDOVINO is GRANTED.
23
24  DATED:    6/12/12
25                                     _____
                                       HON. DALE A DROZD
26                                     U.S. MAGISTRATE JUDGE
27
28
                                   2
```